LABATON SUCHAROW LLP
Jonathan M. Plasse (*pro hac vice*)
jplasse@labaton.com
Richard T. Joffe (*pro hac vice*)
rjoffe@labaton.com
Jesse Strauss (*pro hac vice*)
jstrauss@labaton.com
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiff State-Boston Retirement System and the Class*
(additional Lead Plaintiff's counsel on the following page)

DAVIS POLK & WARDWELL
Neal A. Potischman
neal.potischman@dpw.com
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Defendants Morgan Stanley, a Delaware corporation, John J. Mack, Zoe Cruz, David Sidwell, Thomas Colm Kelleher, Thomas V. Daula and Gary G. Lynch*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| STATE-BOSTON RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY, a Delaware corporation, JOHN J. MACK, ZOE CRUZ, DAVID SIDWELL, THOMAS COLM KELLEHER, THOMAS V. DAULA, and GARY G. LYNCH,<br><br>Defendants. | Case No.: CV-08-00963-AG (FFMx)<br>CLASS ACTION<br><br>**[PROPOSED] ORDER TRANSFERRING CASE CONSISTENT WITH THE UNOPPOSED JOINT MOTION OF THE PARTIES PURSUANT TO 28 U.S.C. § 1404(A)**<br><br>Honorable Andrew J. Guilford<br>Hearing Date: February 9, 2009<br>Time: 10:00 a.m.<br>Courtroom: 10D |

PROPOSED ORDER TRANSFERRING CASE CONSISTENT WITH THE UNOPPOSED JOINT MOTION
OF THE PARTIES PURSUANT TO 28 U.S.C. § 1404(A)

| | |
|---|---|
| 1 | BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP |
| 2 | David Kessler (*pro hac vice*) dkessler@btkmc.com |
| 3 | Sharan Nirmul (*pro hac vice*) snirmul@btkmc.com |
| 4 | Lauren Wagner Pederson (*pro hac vice*) lpederson@btkmc.com |
| 5 | Richard A. Russo, Jr. (*pro hac vice*) rrusso@btkmc.com |
| 6 | 280 King of Prussia Road Radnor, Pennsylvania  19087 |
| 7 | Telephone: (610) 667-7706 Facsimile: (610) 667-7056 |
| 8 | |
| 9 | *Counsel for Lead Plaintiff State-Boston Retirement System and the Class* |
| 10 | |
| 11 | KREINDLER & KREINDLER LLP Mark Labaton (No. 159555) |
| 12 | mlabaton@kreindler.com 707 Wilshire Boulevard |
| 13 | Los Angeles, California 90017 Telephone:  (213) 622-6469 |
| 14 | Facsimile: (213) 622-6019 |
| 15 | *Local Counsel for Lead Plaintiff State-Boston Retirement System and the Class* |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PROPOSED ORDER TRANSFERRING CASE CONSISTENT WITH THE UNOPPOSED JOINT MOTION OF THE PARTIES PURSUANT TO 28 U.S.C. § 1404(A)     1

1       Having considered the unopposed joint motion of Lead Plaintiff
2 State-Boston Retirement System ("Boston") and Defendants Morgan Stanley, a
3 Delaware Corporation, John J. Mack, Zoe Cruz, David Sidwell, Thomas Colm
4 Kelleher, Thomas V. Daula and Gary G. Lynch, pursuant to 28 U.S.C. § 1404(a),
5 to transfer this case to the Southern District of New York, the Memorandum of
6 Points and Authorities in support thereof, and the Declaration of Jesse Strauss in
7 support of that motion, and good cause appearing therefore,
8       IT IS HEREBY ORDERED THAT:
9       1.    The motion is granted.
10       2.    Boston shall file a copy of this order, along with any and all papers
11 needed to effectuate a transfer of this matter, in the Southern District of New York.
12       3.    The Clerk of this Court shall arrange for the transfer of all records
13 related to this matter to the Southern District of New York.

15       IT IS SO ORDERED.

17       This ___ day of _____, 2009

                                                                   _____
                                                                  United States District Judge