```
 1  LABATON SUCHAROW LLP
    Jonathan M. Plasse (pro hac vice)                    JS-6
 2  jplasse@labaton.com
    Richard T. Joffe (pro hac vice)
 3  rjoffe@labaton.com
    Jesse Strauss (pro hac vice)
 4  jstrauss@labaton.com
    140 Broadway
 5  New York, New York 10005
    Telephone:  (212) 907-0700
 6  Facsimile:  (212) 818-0477

 7  Counsel for Lead Plaintiff State-Boston
    Retirement System and the Class
 8  (additional Lead Plaintiff's counsel
    on the following page)
 9

10  DAVIS POLK & WARDWELL
    Neal A. Potischman
11  neal.potischman@dpw.com
    1600 El Camino Real
12  Menlo Park, CA  94025
    Telephone:  (650) 752-2000
13  Facsimile:  (650) 752-2111

14  Counsel for Defendants Morgan Stanley,
    a Delaware corporation, John J. Mack,
15  Zoe Cruz, David Sidwell, Thomas Colm Kelleher,
    Thomas V. Daula and Gary G. Lynch
16
```



FILED
CLERK U.S DISTRICT COURT
JAN 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| STATE-BOSTON RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY, a Delaware corporation, JOHN J. MACK, ZOE CRUZ, DAVID SIDWELL, THOMAS COLM KELLEHER, THOMAS V. DAULA, and GARY G. LYNCH,<br><br>Defendants. | Case No.: CV-08-00963-AG (FFMx)<br>~~CLASS ACTION~~<br><br>**ORDER TRANSFERRING CASE CONSISTENT WITH THE UNOPPOSED JOINT MOTION OF THE PARTIES PURSUANT TO 28 U.S.C. § 1404(A)**<br><br>Honorable Andrew J. Guilford<br>Hearing Date: February 9, 2009<br>~~Time: 10:00 a.m.~~<br>Courtroom: 10D |

PROPOSED ORDER TRANSFERRING CASE CONSISTENT WITH THE UNOPPOSED JOINT MOTION
OF THE PARTIES PURSUANT TO 28 U.S.C. § 1404(A)

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
David Kessler (*pro hac vice*)
dkessler@btkmc.com
Sharan Nirmul (*pro hac vice*)
snirmul@btkmc.com
Lauren Wagner Pederson (*pro hac vice*)
lpederson@btkmc.com
Richard A. Russo, Jr. (*pro hac vice*)
rrusso@btkmc.com
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Lead Plaintiff State-Boston Retirement System and the Class*


KREINDLER & KREINDLER LLP
Mark Labaton (No. 159555)
mlabaton@kreindler.com
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

*Local Counsel for Lead Plaintiff State-Boston Retirement System and the Class*

Having considered the unopposed joint motion of Lead Plaintiff State-Boston Retirement System ("Boston") and Defendants Morgan Stanley, a Delaware Corporation, John J. Mack, Zoe Cruz, David Sidwell, Thomas Colm Kelleher, Thomas V. Daula and Gary G. Lynch, pursuant to 28 U.S.C. § 1404(a), to transfer this case to the Southern District of New York, the Memorandum of Points and Authorities in support thereof, and the Declaration of Jesse Strauss in support of that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The motion is granted.

2. Boston shall file a copy of this order, along with any and all papers needed to effectuate a transfer of this matter, in the Southern District of New York.

3. The Clerk of this Court shall arrange for the transfer of all records related to this matter to the Southern District of New York.

IT IS SO ORDERED.

This 23rd day of January, 2009

                                              Andrew J. Guilford
                                              United States District Judge